# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| Rao Mandalapu </br>_____ </br> *Plaintiff* </br></br> v. </br></br> US Department of Veterans Affairs and Douglas A. Collins, US Secretary of Veterans Affairs </br>_____ </br> *Defendant* | ) </br> ) </br> ) </br> ) </br> ) Civil Action No. 3:25-cv-1320 </br> ) </br> ) </br> ) </br> ) |

## AFFIDAVIT OF NONSERVICE

I, Mark Hagood, being duly sworn, state: I am not a party to or interested in the outcome of this suit.

I received the following documents on July 23, 2025, at 1:02 pm. After careful inquiry and diligent attempts, I was unable to serve Douglas A. Collins, US Secretary of Veterans Affairs.

SUMMONS IN A CIVIL ACTION

Serve Attempt #1
Date / Time: July 25, 2025 8:51 am
Address: 810 Vermont Avenue Northwest, Washington, DC 20420
Photo: See Exhibit 1a below
Geolocation: https://google.com/maps?q=38.9111347,-77.0168356
Description of attempt: I spoke with Karla, paralegal who stated they are unable to accept the documents for the following reasons, the summons is not addressed to this agency nor this address and there is no compliant. Will await further direction from the client. They stated that they are not authorized to accept service on behalf of the business. The business is listed in the building directory. No additional contacts were made.

Total Cost: $85.00

My name is Mark Hagood, I am 18 years of age or older, and my address is 750 Port St, Alexandria, VA 22314, and USA.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

_____
Mark Hagood
+1 (202) 710-1333
Certification Number: N/A
Expiration Date: N/A

Subscribed and sworn to before me this  5  day of  August , 2025 , by  Mark Hagood .
Witness my hand and official seal.

_____
Notary Public

My commission expires:



