UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| RAO MANDALAPU, M.D. | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 3:25-cv-1320 |
| | ) |
| UNITED STATES DEPARTMENT | ) |
| OF VETERANS AFFAIRS, | ) |
| and DOUGLAS A. COLLINS, | ) |
| U.S. SECRETARY of VETERANS | ) |
| AFFAIRS | ) |
| | ) |
| **Defendants** | ) |

## ORDER

Pending before the court is the plaintiff's motion for Joseph Wilkinson to withdraw as counsel. The court, having considered the motion, finds that good cause has been shown, and the motion is hereby GRANTED.

_____
SAM A. LINDSAY
UNITED STATES DISTRICT JUDGE